# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 25-CR-00218 (CRC) |
| **v.** : | |
| : | |
| **PRES BRADDY, JR.** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Travis Wolf. AUSA Travis Wolf will be substituting for AUSA Kyle Moran McWaters.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By:   /s/ *Travis Wolf*
Travis Wolf
NY Bar No. 5483243
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-803-1670
Travis.Wolf@usdoj.gov