**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 25-CR-218 (CRC)** |
| | : | |
| **PRES BRADDY,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF DISCOVERY**

The United States, by and through the by and through its attorney, the United States Attorney for the District of Columbia, respectfully provides notice of discovery in this matter as indicated in the enclosed letter.

Dated: August 18, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By: /s/ David B. Liss
DAVID B. LISS
Assistant United States Attorney
D.C. Bar No. 90017629
601 D Street, N.W.
Washington, D.C. 20530
(202) 680-4025
David.liss2@usdoj.gov

U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C. 20530*

August 18, 2026

**By ECF**
Peter Cooper, Esq.
pcooper@petercooperlaw.com

Re: ***United States v. Pres Braddy*, 25-CR-218 (CRC)**

Dear Mr. Cooper:

I am writing to memorialize the discovery that has been produced to date.

**Production 1:** On February 24, 2026, I shared the below-listed materials with you by USAfx. The files were sorted by the below-identified folders. The files were re-shared on USAfx on June 23, 2026.

- **Air Support Report**
  _EXTERNAL_ Carjacking 8_27_23.msg
  Aviation Unit Report.jpg

- **ATF Reports**
  Firearm Trace BXAL751.pdf
  ROI 5 (24-07632) SW BRADDY's 2023 phone.pdf

- **DIMS Photos**
  N8R1C001.JPG
  N8R1C002.JPG
  N8R1C003.JPG
  N8R1C004.JPG
  N8R1C005.JPG
  N8R1C006.JPG
  N8R1C007.JPG
  N8R1C008.JPG
  N8R1C009.JPG

| |
|---|
| N8R1C00A.JPG |
| N8R1C00B.JPG |
| N8R1C00C.JPG |
| N8R1C00D.JPG |
| N8R1C00E.JPG |
| N8R1C00F.JPG |
| N8R1C00G.JPG |
| N8R1C00H.JPG |
| N8R1C00I.JPG |
| N8R1C00J.JPG |
| N8R1C00K.JPG |
| N8R1C00L.JPG |
| N8R1C00M.JPG |
| N8R1C00N.JPG |
| N8R1C00O.JPG |
| N8R1C00P.JPG |
| N8R1C00Q.JPG |
| N8R1C00R.JPG |
| N8R1C00S.JPG |
| N8R1C00T.JPG |
| N8R1C00U.JPG |
| N8R1C00V.JPG |
| N8R1C00W.JPG |
| N8R1C00X.JPG |
| N8R1C00Y.JPG |
| N8R1C00Z.JPG |
| N8R1C010.JPG |
| N8R1C011.JPG |
| N8R1C012.JPG |
| N8R1C013.JPG |
| N8R1C014.JPG |
| N8R1C015.JPG |
| N8R1C016.JPG |
| N8R1C017.JPG |
| N8R1C018.JPG |
| N8R1C019.JPG |
| N8R1C01A.JPG |
| N8R1C01B.JPG |
| N8R1C01C.JPG |
| N8R1C01D.JPG |
| N8R1C01E.JPG |
| N8R1C01F.JPG |
| N8R1C01G.JPG |
| N8R1C01H.JPG |

N8R1C01I.JPG
N8R1C01J.JPG
N8R1C01K.JPG
N8R1C01L.JPG
N8R1C01M.JPG
N8R1C01N.JPG
N8R1C01O.JPG
N8R1C01P.JPG
N8R1C01Q.JPG
N8R1C01R.JPG
N8R1C01S.JPG
N8R1C01T.JPG
N8R1C01U.JPG
N8R1C01V.JPG
N8R1C01W.JPG
N8R1C01X.JPG
N8R1C01Y.JPG
N8R1C01Z.JPG
N8R1C020.JPG
N8R1C021.JPG
N8R1C022.JPG
N8R1C023.JPG
N8R1C024.JPG
N8R1C025.JPG
N8R1C026.JPG
N8R1C027.JPG
N8R1C028.JPG
N8R1C029.JPG
N8R1C02A.JPG
N8R1C02B.JPG
N8R1C02C.JPG
N8R1C02D.JPG
N8R1C02E.JPG

- **DNA**

  23140914_PD81C - Pres Braddy.pdf
  PD81C - Pres Braddy buccal.pdf
  PD81C - Pres Braddy gun swabs and elimination.pdf
  Pres Braddy DNA Lab Reoprt 2024-01533-2 LR.pdf
  Supporting Documents.zip

- **Files on Q**

  Barcodes.pdf
  Chain of Custody.pdf

PD81.pdf

- **Firearm Certs**
  LU#36 DENNIS RONNELL 23140914.pdf
  LU#37 BRADDY PRES 23140914.pdf
  LU#38 CASSIONJ KAZON 23140914.pdf

- **Forensics**
  23140914 CSE 23140914.pdf
  23140914 CSE 23140914-1 (2).pdf
  23140914 CSE 23140914-1.pdf
  23140914 css evidence log 08-27-2023.pdf
  23140914 css scene.pdf

- **Grand Jury**
  Braddy_Brown_08-01-25_McWaters.pdf
  Braddy_Grand Jury Exhibits.pdf

- **Nexus Report**
  ROI 10 (24-07632) Interstate Nexus.pdf
  ROI 10 Attachment.docx

- **Phone**
  - Applie iPhone 7 (A1779) – Original Extraction
    - Files (2,649 files)
      - Application (2,648 files)
      - Apple_iPhone (A1779_2024-06-07_Report
    - Contacts (25 files)
    - Chats (742 files)
    - Account Package (2 files)
    - CellebriteReader.exe
    - Apple_iPhone (A1779_2024-06-07_Report
  - Apple_iPhone (A1779_2024-06-07_Report
    - CellebriteReader
    - Pres Braddy phone review v2.ufdr

- **Phone – Lock Screen**
  - Lock Screen Image.pdf

- **Phone Report**
  doc and cd.pdf
  ROI 8 (24-07632) Review of BRADDY cell phone.pdf

- **RMS**
  1_CCN _ 23140914 - Combined Reports.pdf
  6_UN_53_s.pdf
  7_Weapon Recovery Sheets.pdf

- **RMS/Kazon Cassion**
  10_gunwales0827_2_.pdf
  2_Kazon King Cassion AFIS.pdf
  3_Kazon King Cassion PD 145.pdf
  4_Kazon King Cassion PD 256 B.pdf
  6_R St NE 256 3 arrests.pdf
  7_R St NE PD 81 C.pdf
  8_R St NE PD 81 _1_.pdf
  9_gunwales0827_1_.pdf

- **RMS/Pres Braddy**
  10_gunwales0827_1_.pdf
  3_Pres Braddy AFIS.pdf
  4_Pres Braddy PD 145.pdf
  5_Pres Braddy PD 256 B.pdf
  6_R St NE 256 3 arrests.pdf
  7_R St NE PD 81 C.pdf
  8_R St NE PD 81 _1_.pdf
  9_gunwales0827.pdf

- **RMS/Pres Braddy/Report Packet**
  1_m1.jpg
  1_m1.jpg

- **RMS/Ronnell Davis**
  10_gunwales0827_2_.pdf
  3_R St NE 256 3 arrests.pdf
  4_R St NE PD 81 C.pdf
  5_R St NE PD 81 _1_.pdf
  6_Ronnell Terrance Dennis AFIS.pdf
  7_Ronnell Terrance Dennis PD 145.pdf
  8_Ronnell Terrance Dennis PD 256 B.pdf
  9_gunwales0827_1_.pdf

- **Warrant-Buccal**
  LU 36 Ronnell Dennis 23140914 buccal SW.pdf
  LU 37 Pres Braddy Jr CCN 23140914 buccal SW.pdf
  LU 38 Kazon Cassion 23140914 Buccal SW.pdf

- **Warrant – Cell Phone**

SIGNED 24-sw-68 Search Warrant ECF No.1.pdf

**Production 1:** Also on February 24, 2026, 63 items were shared by the Government via Evidence.com. The items are reflected in the attached disclosure log.

**Production 2:** On April 14, 2026, the following documents were shared via USAfx. The file was re-uploaded on June 23, 2026.

- ROI 11

**Production 3:** On August 4, 2026, the following documents were shared via USAfx:

| Folder | Name | Extension | Date modified |
|---|---|---|---|
| \ | 23140914 Discovery 7-14-26-selected.zip | .zip | 8/4/2026 9:43 |
| \CSS | 23140914 CSS SCENE.PDF | .PDF | 7/14/2026 11:25 |
| \CSS | Barnes, Takarah - CV2026.pdf | .pdf | 1/8/2026 16:38 |
| \LIMS | Case Info Report.pdf | .pdf | 7/14/2026 11:27 |
| \LIMS | COC.pdf | .pdf | 7/14/2026 11:26 |
| \LIMS | Comm Log.pdf | .pdf | 7/14/2026 11:26 |
| \LIMS | DFS-23-05365_ECF_07-14-2026-112837.PDF | .PDF | 7/14/2026 11:28 |
| \LIMS | Physical Evidence.pdf | .pdf | 7/14/2026 11:27 |
| \ROIs | ROI 1 (24-07632) Receipt of Information.pdf | .pdf | 8/3/2026 15:19 |
| \ROIs | ROI 10 (24-07632) Interstate Nexus.pdf | .pdf | 8/3/2026 15:19 |
| \ROIs | ROI 2 (24-07632) BRADDY Interview.pdf | .pdf | 8/3/2026 15:19 |
| \ROIs | ROI 3 (24-07632) BARNES Interview.pdf | .pdf | 8/3/2026 15:19 |
| \ROIs | ROI 4 (24-07632) Receipt of 2023 phone.pdf | .pdf | 8/3/2026 15:19 |
| \ROIs | ROI 5 (24-07632) SW BRADDYs 2023 phone.pdf | .pdf | 8/3/2026 15:19 |
| \ROIs | ROI 6 (24-07632) SW BRADDYs buccal.pdf | .pdf | 8/3/2026 15:19 |
| \ROIs | ROI 7 (24-07632) Receipt of cell phone extraction of 2023 phone.pdf | .pdf | 8/3/2026 15:19 |
| \ROIs | ROI 8 (24-07632) Review of BRADDY cell phone.pdf | .pdf | 8/3/2026 15:19 |
| \ROIs | ROI 9 (24-07632) SW BRADDYs buccal - 2025.pdf | .pdf | 8/3/2026 15:19 |
| \ROIs | ROIs.msg | .msg | 8/3/2026 15:19 |

**Production 4:** On August 17, 2026, the following documents were shared via USAFx:

| Folder | Name | Extension | Date modified |
|---|---|---|---|
| \Additional Radio Run | 1D-RADIO.wma | .wma | 8/14/2026 18:21 |
| \Additional Radio Run | 1D-TAC.wma | .wma | 8/14/2026 18:20 |
| \Additional Radio Run | 5D-Radio.wma | .wma | 8/14/2026 18:21 |
| \Additional Radio Run | 5D-TAC.wma | .wma | 8/14/2026 18:21 |
| \Additional Radio Run | Authentication Certificate - DeReece.pdf | .pdf | 1/30/2026 14:13 |

| | | | |
|---|---|---|---|
| \Additional Radio Run | Authentication Certificate - Stutson.pdf | .pdf | 8/14/2026 18:21 |
| \Additional Radio Run | C-126.wma | .wma | 1/30/2026 14:13 |
| \Additional Radio Run | CW-1.wma | .wma | 8/14/2026 18:21 |
| \Additional Radio Run | D2308270014.pdf | .pdf | 8/14/2026 18:21 |
| \Additional Radio Run | I20230482998.pdf | .pdf | 8/14/2026 18:21 |
| \Additional Radio Run | I20230483009.pdf | .pdf | 8/14/2026 18:21 |
| \Additional Radio Run | I20230483010.pdf | .pdf | 8/14/2026 18:21 |
| \Additional Radio Run | I20230483015.pdf | .pdf | 8/14/2026 18:21 |
| \Additional Radio Run | I20230483032.pdf | .pdf | 8/14/2026 18:21 |
| \Additional Radio Run | I20230483104.pdf | .pdf | 1/30/2026 14:13 |
| \Additional Radio Run | I20230483213.pdf | .pdf | 8/14/2026 18:21 |
| \Additional Radio Run | MPD-1.wma | .wma | 8/14/2026 18:21 |
| \BWC | Axon_Body_3_Video_2024-01-08_1055.mp4 | .mp4 | 8/14/2026 13:16 |

**Production 5 - SENSITIVE:** On August 18, 2026, the following documents were shared via USAFx. These documents were marked SENSITIVE, pursuant to the protective order in this case:

| Folder | Name | Extension | Date modified |
|---|---|---|---|
| \ | DEFENSE_alshrawi_11756.pdf | .pdf | 8/17/2026 17:54 |
| \ | DEFENSE_ariemma_10876.pdf | .pdf | 8/17/2026 17:28 |
| \ | DEFENSE_cox_11117.pdf | .pdf | 8/17/2026 18:03 |
| \ | DEFENSE_duckett_10214.pdf | .pdf | 8/17/2026 21:26 |
| \ | DEFENSE_hampton_3602.pdf | .pdf | 8/17/2026 18:26 |
| \ | DEFENSE_hernandez_10028.pdf | .pdf | 8/17/2026 17:01 |
| \ | DEFENSE_napper_10220.pdf | .pdf | 8/17/2026 18:05 |
| \ | DEFENSE_paskalis_6370.pdf | .pdf | 8/17/2026 20:45 |
| \ | DEFENSE_phillip_5871.pdf | .pdf | 8/17/2026 18:10 |
| \ | DEFENSE_roche_6449.pdf | .pdf | 8/17/2026 18:30 |
| \ | DEFENSE_rogers_12716.pdf | .pdf | 8/17/2026 17:59 |
| \ | DEFENSE_toth_11754.pdf | .pdf | 8/17/2026 18:21 |
| \ | IS16002664 | .pdf | 7/30/2018 15:13 |
| \ | IS16002664 | .pdf | 3/26/2018 11:12 |
| \ | IS16002664 | .pdf | 9/11/2019 19:23 |

Sincerely,

David B. Liss

David Liss

Assistant United States Attorney