# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff,

CRIMINAL NO. 25-CR-218 (CRC)

vs.

PRES BRADDY, JR.

Defendant.

## COUNSELS' ACKNOWLEDGMENTS CONCERNING TRIAL EXHIBITS

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on the exhibits that shall be submitted to the jury during deliberations.

September 10, 2026
DATE EXHIBITS WENT TO JURY

David B. [signature]
GOVERNMENT COUNSEL

[signature]
DEFENSE COUNSEL