| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**PRES BRADDY, JR.**<br><br>**Defendant.** | **Case No. 25-CR-218 (CRC)** |

## GOVERNMENT EXHIBITS

| **100 Series – BWC** | | | | | |
|---|---|---|---|---|---|
| *No.* | *Description* | *Marked for I.D.* | *Witness* | *Admitted?* | *Date Admitted* |
| 101 | Al Shrawi BWC Clip | | | | |
| 102a | Cox BWC Clip | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 102b | Cox BWC Clip | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 102c | Cox BWC Clip | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 103a | Hernandez BWC Clip | 9/9/2026 | Sgt. Jose Hernandez | Yes | 9/9/2026 |

| | | | | | |
|---|---|---|---|---|---|
| 103b | Hernandez BWC Clip | | | | |
| 103c | Hernandez BWC Clip | 9/9/2026 | Sgt. Jose Hernandez | Yes | 9/9/2026 |
| 103d | Hernandez BWC Clip | 9/9/2026 | Sgt. Jose Hernandez | Yes | 9/9/2026 |
| 104 | INTENTIONALLY LEFT BLANK | | | | |
| 105 | Thomas BWC Clip | 9/9/2026 | Ofc. Ahmed Al-Shrawi | Yes | 9/9/2026 |
| 106 | Toth BWC Clip | | | | |
| **200 Series – Maps & Photos** | | | | | |
| *No.* | *Description* | *Marked for I.D.* | *Witness* | *Admitted?* | *Date Admitted* |
| 200 | Photo of Car | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 201 | Photo of Car | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 202 | Photo of Interior | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |

| | | | | | |
|---|---|---|---|---|---|
| 203 | Photo of Magazine on Seat | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 204 | Photo of Magazine on Seat | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 205 | Photo of Magazine | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 206 | Photo of Magazine | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 207 | Photo of Bottom of Magazine | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 208 | Photo of Magazine | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 209 | Photo of Extended Magazine in Trunk | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 210 | Photo of Extended Magazine in Trunk | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 211 | Photo of Extended Magazine in Trunk | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 212 | Photo of Extended Magazine | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 213 | Photo of Extended Magazine | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 214 | Photo of Extended Magazine | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |

| | | | | | |
|---|---|---|---|---|---|
| 215 | Photo of Extended Magazine | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 216 | Photo of Bottom of Magazine | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 217 | Photo of Ammo from Extended magazine | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 218 | Photo of Ammo from Extended Magazine | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 219 | Photo of Ammo from Extended Magazine | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 220 | Photo of Firearm in Trunk | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 221 | Photo of Firearm in Trunk | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 222 | Photo of Firearm in Trunk | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 223 | Photo of Firearm | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 224 | Photo of Firearm | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 225 | Photo of Firearm | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 226 | Overhead Map 1 | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |

| | | | | | |
|---|---|---|---|---|---|
| 227 | Overhead Map 2 | | | | |
| 228 | Street View – Quincy Street | | | | |
| 229 | Street View R Street | | | | |
| 230 | Gerstein Report | 9/9/2026 | Ofc. Thomas Cox | No | |
| **300 Series – Physical Evidence** | | | | | |
| *No.* | *Description* | *Marked for I.D.* | *Witness* | *Admitted?* | *Date Admitted* |
| 301 | Firearm | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 302 | Magazine (22 round) | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 303 | Magazine (13 round) | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 304 | Ammunition (22 round) | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |
| 305 | Ammunition (13 round) | 9/9/2026 | Ofc. Thomas Cox | Yes | 9/9/2026 |

| | | | | | |
|---|---|---|---|---|---|
| 306 | Phone | 9/9/2026 | Ofc. Ahmed Al-Shrawi | Yes | 9/9/2026 |
| 307 | Satchel | | | | |
| 308 | Buccal Swab (Braddy) | 9/9/2026 | --Stipulation-- | Yes | 9/9/2026 |
| 309 | Buccal Swab (Dennis) | 9/9/2026 | --Stipulation-- | Yes | 9/9/2026 |
| 310 | Firearm Swab | 9/9/2026 | --Stipulation-- | Yes | 9/9/2026 |
| 311 | Magazine Swab (13 round) | 9/9/2026 | --Stipulation-- | Yes | 9/9/2026 |
| 312 | Magazine Swab (22 round) | 9/9/2026 | --Stipulation-- | Yes | 9/9/2026 |
| 313 | 2016 CF2 21171 Statement of Offense | | | | |
| **400 Series – Cellphone** | | | | | |
| *No.* | *Description* | *Marked for I.D.* | *Witness* | *Admitted?* | *Date Admitted* |
| 401 | Screenshot of Screensaver | 9/9/2026 | SA Matthew Brown | Yes | 9/9/2026 |

| | | | | | |
|---|---|---|---|---|---|
| 402 | Photo of Firearm | 9/9/2026 | SA Matthew Brown | Yes | 9/9/2026 |
| 403 | Photo of Rear of Phone | 9/9/2026 | SA Matthew Brown | Yes | 9/9/2026 |
| 404 | Photo of Phone Lock Screen | 9/9/2026 | SA Matthew Brown | Yes | 9/9/2026 |
| 405 | PDF Cellebrite Extract of Screenshot of Screensaver | 9/9/2026 | SA Matthew Brown | Yes | 9/9/2026 |
| 406 | PDF Cellebrite Extract of Photo of Firearm | 9/9/2026 | SA Matthew Brown | Yes | 9/9/2026 |
| 407 | PDF Cellebrite Extract of Selfie | 9/9/2026 | SA Matthew Brown | Yes | 9/9/2026 |
| 408 | Selfie | 9/9/2026 | SA Matthew Brown | Yes | 9/9/2026 |
| 500 Series - DNA | | | | | |
| 501 | DNA Demonstrative PowerPoint | 9/9/2026 | Elizabeth Talley | No | 9/9/2026 |
| 600 Series – Stipulations | | | | | |
| 601 | Stipulation (DNA) | 9/9/2026 | --Stipulation-- | Yes | 9/9/2026 |

| | | | | | |
|---|---|---|---|---|---|
| 602 | Stipulation (Prior Conviction) | 9/9/2026 | --Stipulation-- | Yes | 9/9/2026 |
| 603 | Stipulation (Interstate Nexus) | 9/9/2026 | --Stipulation-- | Yes | 9/9/2026 |