CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

PRES BRADDY, JR.

Criminal No.: 25-CR-218 (CRC)

## NOTE FROM JURY

Can we use our phones during jury-initiated breaks?

Can we leave the room as a group during a break?

Date: 9/10/26

Time: 12:15

FOREPERSON